# Exhibit A

NOT ORIGINAL DOCUMENT
10/11/2023 11:34:01 AM
AMY.MILES@SKOFIRM.COM

AOC-104 Doc. Code: CCCS
Rev. 8-23
Page 1 of 1

Commonwealth of Kentucky
Court of Justice www.kycourts.gov

# CIVIL CASE COVER SHEET

Case No.: ______
Court: CIRCUIT
County: Boyd
Division: ______

PLAINTIFF/PETITIONER *OR* IN RE/IN THE INTEREST OF:
JULIE EVANS

DEFENDANT/RESPONDENT, *if applicable:*
WOODLAND OAKS, LATISHA PALLADINO, TONY MULLICA

☐ Check here if **YOU DO NOT HAVE AN ATTORNEY** and are **REPRESENTING YOURSELF** (a Self-Represented *[Pro Se]* Litigant)

**Nature of the Case:** Place a "X" to the left of the ***ONE*** case category that most accurately describes your ***PRIMARY CASE***. If you are making more than one type of claim, check the one that you consider most important.

**DOMESTIC RELATIONS** ***eFile Only**
- ☐ Dissolution/Divorce with Children (DISSOC)
- ☐ Dissolution/Divorce without Children (DISSO)
- ☐ Paternity (PA)
- ☐ Custody (CUSTO)
- ☐ Child Support IV-D (SUPIV)
- ☐ Child Support Private Non IV-D (SUPPRI)
- ☐ URESA/UIFSA (UR)
- ☐ Visitation/Parenting Time (VISIT)
- ☐ Voluntary Termination of Parental Rights (VTPR)
- ☐ Involuntary Termination of Parental Rights (ITPR)
- ☐ Adoption (ADPT)
- ☐ Other: (DFOTH) ***eFile not required** ______

**PROBATE / ESTATE**
- ☐ Guardianship-Adult (GCADLT)
- ☐ Guardianship-Juvenile (GCJUV)
- ☐ Adult Conservatorship - Trusteeship (CONSVA)
- ☐ Juvenile Conservatorship - Trusteeship (CONSVJ)
- ☐ Probate-Testate (with a will) (PBTEST)
- ☐ Probate-Intestate (without a will) (PBINT)
- ☐ Petition to Dispense with Administration (PBDIS)
- ☐ Name Change (NC)
- ☐ Will Contest (WC)
- ☐ Other: (PBOTH) ______

**TORT** (Injury) ***eFile Only**
- ☐ Automobile (AUTO)
- ☐ Intentional (INTENT)
- ☐ Malpractice-Medical (MDML)
- ☐ Malpractice-Other (MLOTH) ______
- ☐ Premises Liability (PREM)
- ☐ Product Liability (PROD)
- ☐ Property Damage (PD)
- ☐ Slander/Libel/Defamation (SLAND)
- ☐ Other: (PIOTH) ______

**REAL PROPERTY**
- ☐ Abandoned and Blighted Property Conservatorship (PC) ***eFile Only**
- ☐ Property Rights (PR) ***eFile Only**
- ☐ Condemnation (DOMAIN)
- ☐ Forcible Detainer - Eviction (FD) ***eFile Only**
- ☐ Forcible Entry (FENTRY)
- ☐ Foreclosure (FCL) ***eFile Only**
- ☐ Other: (COOTH) ***eFile Only** ______

**EMPLOYMENT** ***eFile Only**
- ☐ Employment-Discrimination (DSCR)
- ☒ Employment-Other (DISPU) ______

**CONSUMER** ***eFile Only**
- ☐ Seller Consumer Goods (DEBTG)
- ☐ Seller Consumer Services (DEBTS)
- ☐ Buyer Consumer Goods (BUYERG)
- ☐ Buyer Consumer Services (BUYERS)
- ☐ Credit Card Debt (CREDIT)
- ☐ Fraud (FRAUD)
- ☐ Other: (COOTH) ______

**APPEALS**
- ☐ Appeal from Administrative Agency (AB)
- ☐ Appeal from District Court (XI)
- ☐ Other: (OTH) ______

**MISC CIVIL**
- ☐ Constitutional Challenge (CCHAL)
- ☐ Habeas Corpus (HABEAS)
- ☐ Non-Domestic Relations Restraining Order (IP)
- ☐ Tax (TAX)
- ☐ Writs (WRITS)
- ☐ Other: (OTH) ______

**BUSINESS/COMMERCIAL** ***eFile Only**
- ☐ Business Tort (BCPI)
- ☐ Statutory Action (BCSA)
- ☐ Business Contract Dispute (BCCO)
- ☐ Other: (BCOTH) ______

Presiding Judge: HON. JOHN F. VINCENT (632379)
COM : 000001 of 000003

NOT ORIGINAL DOCUMENT
10/11/2023 11:34:01 AM
AMY.MILES@SKOFIRM.COM

COMMONWEALTH OF KENTUCKY
BOYD CIRCUIT COURT
DIVISION NO. ___
CASE NO. 23-CI-_____

JULIE EVANS PLAINTIFF

VS COMPLAINT

WOODLAND OAKS,
LATISHA PALLADINO
ADMINISTRATOR TONY MULLICA DEFENDANTS

** ** ** ** ** **

Comes now the Plaintiff, Julie Evans, and for her Complaint herein states as follows:

1. Julie Evans was an LPN, being an employee of Woodland Oaks from June 2005- September 2022 when she was terminated.

2. The reason that she was terminated, is that she reported to Mrs. Palladino and Mr. Mullica about the inadequate care that was being provided by Mrs. Palladino for the patients, and that medical records were being changed, improper medication was being dispensed from one patient's medication to another, and that the standard of care was not appropriate.

3. As soon as she made this report, she was terminated and her termination was wrongful, and a retaliation for her trying to do what was right, in notifying the superiors that the standard of care was not being met at the facility, and that the residents were suffering from the quality of care.

Presiding Judge: HON. JOHN F. VINCENT (632379)
COM : 000002 of 000003

NOT ORIGINAL DOCUMENT
10/11/2023 11:34:01 AM
AMY.MILES@SKOFIRM.COM

4. Since her termination, Julie has lost money, suffered in her reputation, lost new job opportunities and has suffered great mental pain and suffering all as a result of the retaliation.

5. The amount Plaintiff is seeking is in excess of the court's jurisdiction.

6. All of the events set forth in this Complaint occurred in Boyd County, Kentucky.

WHEREFORE, the Plaintiff prays for Judgment against the Defendants, jointly and severally; for her costs herein expended; and for any and all other proper relief to which she may be entitled.

CURTIS LEGAL SERVICES, PSC
1544 Winchester Ave., Ste. 708
P.O. Box 1455
Ashland, Kentucky 41105
Telephone (606)324-5435
Fax (606)324-5496

Michael J. Curtis

HEDRICK LAW OFFICES, PSC
P.O. Box 426
Catlettsburg, Kentucky 41129

Patrick Hedrick

Presiding Judge: HON. JOHN F. VINCENT (632379)
COM : 000003 of 000003

AOC-E-105 Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice *Courts.ky.gov*

CR 4.02; Cr Official Form 1

Case #: **23-CI-00642**
Court: **CIRCUIT**
County: **BOYD**

NOT ORIGINAL DOCUMENT
10/11/2023 11:34:43 AM
AMY.MILES@SKOFIRM.COM

# CIVIL SUMMONS

*Plantiff,* **EVANS, JULIE VS. WOODLAND OAKS ET AL**, *Defendant*

TO: **WOODLAND OAKS**
**1820 OAKVIEW ROAD**
**ASHLAND, KY 41101**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

Tracey L Kelley
Boyd Circuit Clerk
Date: **9/18/2023**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: ______________________________

☐ Not Served because: ______________________________

Date: ____________________, 20______ ______________________________
Served By

______________________________
Title

Presiding Judge: HON. JOHN F. VINCENT (632379)

CI : 000001 of 000001

Summons ID: @00000169515
CIRCUIT: 23-CI-00642 Certified Mail
EVANS, JULIE VS. WOODLAND OAKS ET AL



eFiled

AOC-E-105 Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice *Courts.ky.gov*

CR 4.02; Cr Official Form 1

Case #: **23-CI-00642**
Court: **CIRCUIT**
County: **BOYD**

NOT ORIGINAL DOCUMENT
10/11/2023 11:35:13 AM
AMY.MILES@SKOFIRM.COM

# CIVIL SUMMONS

*Plantiff,* **EVANS, JULIE VS. WOODLAND OAKS ET AL**, *Defendant*

TO: **TONY MULLICA**
**1820 OAKVIEW ROAD**
**ASHLAND, KY 41101**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

Boyd Circuit Clerk
Date: **9/18/2023**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: ______________________________

☐ Not Served because: ______________________________

Date: ________________, 20______

______________________________
Served By

______________________________
Title

Summons ID: @00000169517
CIRCUIT: 23-CI-00642 Certified Mail
EVANS, JULIE VS. WOODLAND OAKS ET AL



eFiled

Presiding Judge: HON. JOHN F. VINCENT (632379)

**Commonwealth of Kentucky**
**Tracey L. Kelley, Boyd Circuit Clerk**

NOT ORIGINAL DOCUMEN
10/11/2023 11:35:36 AM
AMY.MILES@SKOFIRM.CO

**Case #:** 23-CI-00642 **Envelope #:** 6599305

**Received From:** PATRICK HEDRICK **Account Of:** PATRICK HEDRICK

**Case Title:** EVANS, JULIE VS. WOODLAND OAKS ET AL **Confirmation Number:** 168999050

**Filed On** 9/18/2023 2:48:38PM

| # | Item Description | Amount |
|---|---|---|
| 1 | Court Facilities Fee | $25.00 |
| 2 | Access To Justice Fee | $20.00 |
| 3 | Money Collected For Others(Court Tech. Fee) | $20.00 |
| 4 | Money Collected For Others(Postage) | $46.89 |
| 5 | Money Collected For Others(Attorney Tax Fee) | $5.00 |
| 6 | Library Fee | $3.00 |
| 7 | Civil Filing Fee | $150.00 |
| 8 | Charges For Services(Copy - Photocopy) | $1.50 |
| | **TOTAL:** | $271.39 |

Generated: 9/18/2023