UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

CIVIL ACTION NO. 23-99-DLB-EBA

JULIE EVANS                                           PLAINTIFF

v.                    **MEMORANDUM ORDER**

WOODLAND OAKS OPERATIONS LLC
LATISHA PALLADINO and TONY MOLLICA           DEFENDANTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

This matter is before the Court upon Defendants Woodland Oaks Operation LLC, Lataisha Palladino and Tony Mollica's Partial Motion to Dismiss (Doc. # 7). Plaintiff has responded to the motion (Doc. # 8). For the reasons set forth herein, Defendants' Partial Motion to Dismiss is **granted**.

This matter arises from a terminated employment relationship between Plaintiff Julie Evans and Woodland Oaks Operations LLC ("Woodland Oaks"). In her Complaint, Plaintiff alleges claims for wrongful termination against Woodland Oaks as well as her former supervisors, Lataisha Palladino and Tony Mollica. Defendants seek dismissal of all claims alleged against Palladino and Mollica pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

A motion to dismiss pursuant to Rule 12(b)(6) tests the legal sufficiency of the complaint. *RMI Titanium Co. v. Westinghouse Elec. Corp.*, 78 F.3d 1125, 1134 (6th Cir. 1996). "To survive a motion to dismiss, a complaint must contain sufficient factual matter, accepted as true, to state a claim to relief that is plausible on its face." *Ashcroft v. Iqbal*,

1

556 U.S. 662, 678 (2009) (quotations omitted).  Dismissal is warranted "if the facts alleged are insufficient to state a claim…." *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 550 (2007).

Plaintiff's claim against her former supervisors fails as a matter of law.  There is no common law action for wrongful termination in Kentucky against individual supervisors.  *See generally Temple v. Pflugner*, 866 F.Supp.2d 735, 744 (E.D.Ky. 2011).  As such, Plaintiff's claim against Palladino and Mollica is implausible on its face and must be dismissed.  Notably, in her response to the motion, Plaintiff concedes that she has not alleged a viable cause of action against Palladino and Mollica.

Accordingly, **IT IS HEREBY ORDERED** that Defendants Woodland Oaks Operation LLC, Lataisha Palladino and Tony Mollica's Partial Motion to Dismiss (Doc. # 7) be **GRANTED** and that all claims alleged against Lataisha Palladino and Tony Mollica are **DISMISSED WITH PREJUDICE**.  This is an **INTERLOCUTORY** and **NON-APPEALABLE ORDER**.

This 8th day of December, 2023.



Signed By:
David L. Bunning
United States District Judge

L:\DATA\ORDERS\Ashland Civil\2023\23-99 PMTD.docx