**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT ASHLAND**

**CIVIL ACTION NO. 23-99-DLB-EBA**

**JULIE EVANS** **PLAINTIFF**

**v.** **<u>JUDGMENT</u>**

**WOODLAND OAKS OPERATIONS LLC** **DEFENDANT**

* * * * * * * * * * * * * * * *

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** as follows:

(1) Defendant Woodland Oaks Operations LLC's Motion for Summary Judgment (Doc. # 37) is **GRANTED;**

(2) **Judgment** is entered on behalf of **Defendant**; and

(3) This action is **STRICKEN** from the Court's active docket.

This 8th day of September, 2026.

**Signed By:**
***<u>David L. Bunning</u>*** DB
**Chief United States District Judge**

G:\Judge-DLB\DATA\ORDERS\Ashland Civil\2023\23-99 Judgment.docx